IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DENALI STATE BANK,  )
 )
                         Plaintiff, )
 )
vs. )
 )
HARBORTOUCH PAYMENTS, LLC, )
                                   )    No. 4:16-cv-0035-HRH
                         Defendant. )
 )

O R D E R

Case Dismissed

Based upon the stipulation of the parties[1] to dismiss all claims asserted in this action, and the court being fully advised in the premises;

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, all claims and counterclaims asserted in this action are dismissed with prejudice, in their entirety, the parties to bear their respective costs and attorney fees.

DATED at Anchorage, Alaska, this  2nd  day of April, 2019.

                                        /s/ H. Russel Holland
                                        United States District Judge

---

[1] Docket No. 30.